IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL, AND TRANSPORTATION WORKERS LOCAL UNION NO. 33,<br><br>Petitioner,<br><br>vs.<br><br>LAW HEATING AND COOLING, LLC,<br><br>Respondent. | CASE NO.:<br><br>JUDGE:<br><br><br>**PLAINTIFF'S MOTION TO CONFIRM ARBITRATION AWARD**<br><br>Kera L. Paoff (0082674)<br>Diana M. Robinson (0086642)<br>Paoff, Robinson, & Widman, LLC<br>405 Madison Ave., Suite 1100<br>Toledo, Ohio  43604<br>Ph.: (419) 243-9005<br>Fax: (419) 243-9404<br>kera@prwattorneys.com<br>diana@prwattorneys.com<br>Attorneys for Petitioner |

Petitioner, International Association of Sheet Metal, Air, Rail and Transportation Workers Local Union No. 33 ("Local 33" or the "Union"), hereby moves this Court pursuant to Section 301 of the Labor Management Relations Act, 1947, 29 U.S.C. § 185 ("LMRA"), and pursuant to the Federal Arbitration Act  9 U.S.C. § 9 ("FAA"), for an Order confirming the Arbitration Award issued by the Local Joint Adjustment Board ("LJAB") which was sent to the Parties on January 3, 2023. This matter is instituted as a Motion because under the FAA, 9 U.S.C. § 6, a party seeking

to vacate an award requires the filing of a motion, not a complaint. The same is true for any request to vacate a labor arbitration award under the LMRA as "the federal courts have often looked to the [FAA] for guidance in labor arbitration cases". *United Paperworkers Int'l Union v. Misco, Inc.*, 484 U.S. 29, 40 fn. 9 (1987). *See also Interior Finish Contrs. Assn. v. Drywall Finishers Local Union No. 1955*, 625 F.Supp. 1233, 1240 (E.D. Pa. 1985) ("it is clear that a party must file a *motion* in order to apply to the court to set aside an arbitration. The statutes and rules do not permit a party to initiate a challenge to an arbitration award by filing a complaint or an 'Application'.") and *Questar Capital Corp. v. Gorter*, 909 F.Supp. 2d 789, 803 (W.D. Ky. 2012).

The basis and legal support for this Motion are set forth fully in the accompanying Memorandum in Support.  Upon granting this application, the Union also seeks this Court to enter judgment against Respondent pursuant to 9 U.S.C. §13(c). Finally, pursuant to 28 U.S.C. § 1961, the Union requests this Court award it post-judgment interest from the date of this Court's order until such time as the Arbitration Award is paid in full.

                    Respectfully submitted,

                    *s/Kera L. Paoff*
                    Kera L. Paoff (0082674)
                    Paoff, Robinson & Widman, LLC
                    405 Madison Ave., Suite 1100
                    Toledo, Ohio  43604
                    Ph.: (419) 243-9005
                    Fax: (419) 243-9404
                    kera@prwattorneys.com
                    Attorney for Petitioner

## CERTIFICATION

      I hereby certify that a copy of this Motion to Confirm has been sent to:

Clarissa Hunt
Statutory Agent for Respondent
900 Morgan Ave
Belpre, Ohio 45714

Amy C. Mitchell
Counsel for Respondent
Auman, Mahan, & Furry
110 North Main Street, Suite 1000
Dayton, Ohio 45402

Law Heating & Cooling, LLC
2014 Washington Boulevard
Belpre, Ohio 45714

                                                    *s/Kera L. Paoff*
                                                      Kera L. Paoff (0082674)